**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1368

MIDLAND FUNDING LLC,

                    Plaintiff – Appellee,

          v.

HENRY T. SANDERS,

                    Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District Judge.  (8:11-cv-00636-DKC)

Submitted:  August 18, 2011          Decided:  August 22, 2011

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Henry T. Sanders, Appellant Pro Se. Neal J. Markowitz, Silver Spring, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry T. Sanders seeks to appeal the district court's order remanding the civil action against him to state court for lack of subject matter jurisdiction. The district court's remand order is not reviewable. See 28 U.S.C. § 1447(d) (2006). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED